```
2010-65055
FILED
April 09, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003408131
```

NOTE: THIS FORM IS FOR USE ONLY IN MOTIONS HEARD BY JUDGE W. RICH...
IT IS TO BE USED WHERE RELIEF IS DENIED OR THE STAY IS TERMINATED OR ...
A DIFFERENT FORM MUST BE USED FOR ADEQUATE PROTECTION ORD...

| | |
|---|---|
| Name, Address, Telephone of Attorney for Movant<br>Prober & Raphael, A Law Corporation<br>Cassandra J. Richey, Esq., #155721<br>PO Box 4365<br>Woodland Hills, CA 91364<br>(818) 227-0100 (818) 227-0101 (fax)<br>cmartin@pprlaw.net<br>F.040-2406<br><br>Attorney(s) for U.S. Bank, N.A., its successors and/or assigns | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re LOUIS ANGELOS CARLOS AND PATRICIA CARLOS DBA WEST COAST CARPETS<br><br>Debtor(s). | CASE NUMBER: 10-65055-B-7<br><br>MOTION CONTROL NUMBER: PPR-1 |
| U.S. Bank, N.A., its successors and/or assigns<br><br>Movant(s),<br>v.<br>LOUIS ANGELOS CARLOS AND PATRICIA CARLOS DBA WEST COAST CARPETS; JEFFREY M. VETTER, Trustee,<br><br>Respondent(s). | HEARING DATE: April 7, 2011<br>TIME: 11:00 a.m.<br>JUDGE: W. Richard Lee<br><br>**ORDER ON MOTION FOR RELIEF**<br>**FROM AUTOMATIC STAY** |

```
        A motion for relief from the stay of 11 U.S.C. §362(a) having been
   ¹[☐] heard at the above referenced time with appearances as noted in
the court minutes,
   ²[✓] resolved without oral argument, no opposition having been filed
and cause for relief having been shown,
   ³[☐] presented ex parte pursuant to prior court order,

        IT IS ORDERED,
   ⁴[✓] upon review of the evidence presented,
   ⁵[☐] pursuant to stipulation of the parties,
           [One of the above must be checked.]
```

```
RECEIVED
April 08, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003408131
```

(Revised 03/06/01) Order on Motion for Relief from the Automatic Stay

⁶[ ] that the motion is denied [ ] with [ ] without prejudice.
⁷[ ] that the debtor(s) is/are dismissed from the motion, their discharge having been entered in this case.

⁸[✓] that the automatic stay is [✓] terminated   [ ] annulled
   ⁹[✓] upon the signing of this order
   ¹⁰[ ] as of _____

as to the interest of ¹¹[✓] the debtor(s) and ¹²[✓] the trustee as to the movant's interest in the property described
   ¹³[✓] on Exhibit A attached hereto.
   ¹⁴[ ] below:

IT IS FURTHER ORDERED:

¹⁵[✓] Movant may pursue all available state law remedies to obtain possession of the subject property.

¹⁶[ ] Relief from the stay is subject to the right of any party in interest to request by motion reinstatement of the stay.

¹⁷[✓] The fourteen-day stay provided by FRBP 4001(a)(3) is waived for cause.

¹⁸[✓] Other:

The bankruptcy proceeding has been finalized for purposes of Cal. Civil Code § 2923.5.

Dated: April 09, 2011

*(signature)*
W. Richard Lee
United States Bankruptcy Judge